# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| ANDREW MOUSSEAU and RANDALL WOLFFE, individually and on behalf of all persons similarly situated,<br>*Plaintiffs*<br>v.<br>ADAM CRUM, in his official capacity as ALASKA COMMISSIONER OF REVENUE, and NIC DEHART, in his official capacity as UNCLAIMED PROPERTY MANAGER, ALASKA DEPARTMENT OF REVENUE, TREASURY DIVISION,<br>*Defendants* | Civil Action No. 3:23-cv-00075-SLG |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT judgment is entered in favor of Defendants and against Plaintiffs.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: March 4, 2024

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*